No. D–1974. IN RE DISBARMENT OF BRAUER. David P. Brauer, of Dover, Mass., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to the practice of law before this Court. The rule to show cause, issued on July 28, 1998 [*ante*, p. 966], is discharged.

No. D–1988. IN RE DISBARMENT OF PRICE. Walter J. Price, Jr., of Huntsville, Ala., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 97–475. EL AL ISRAEL AIRLINES, LTD. *v.* TSUI YUAN TSENG. C. A. 2d Cir. [Certiorari granted, 523 U. S. 1117.] Motions of Air Transport Association of America and International Air Transport Association for leave to file briefs as *amici curiae* granted.

No. 97–930. BUCKLEY, SECRETARY OF STATE OF COLORADO *v.* AMERICAN CONSTITUTIONAL LAW FOUNDATION, INC., ET AL. C. A. 10th Cir. [Certiorari granted, 522 U. S. 1107.] Motion of American Civil Liberties Union et al. for leave to file a brief as *amici curiae* granted. Motion of Kerry S. Hada, Esq., to permit Paul Grant, Esq., to present oral argument *pro hac vice* denied. Motion of respondents for divided argument denied. Motion of respondent Bill Orr for leave to file a supplemental brief granted.

No. 97–1121. CITY OF CHICAGO *v.* MORALES ET AL. Sup. Ct. Ill. [Certiorari granted, 523 U. S. 1071.] Motion of Ohio et al. for leave to participate in oral argument as *amici curiae* and for divided argument denied.

No. 97–1130. PFAFF *v.* WELLS ELECTRONICS, INC. C. A. Fed. Cir. [Certiorari granted, 523 U. S. 1003.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 97–1147. MINNESOTA *v.* CARTER; and MINNESOTA *v.* JOHNS. Sup. Ct. Minn. [Certiorari granted, 523 U. S. 1003.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.